UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Mark Anthony DeLuna
PLANTIFF - PRO SE

2 18CV 94

CAUSE #

V

SHERIFF OSCAR MARTINEZ JR, ET AL
DEFENDANTS

-FILED-
MAR 09 2018
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Petition to File Title 42
USC Section 1983

Now come the PLANTIFF, Mark Anthony DeLuna, PRO SE, and files his petition for Title 42 USC Section 1983 relief. In support of his petition plantiff states the following:

1) That on or about October 2017, I contracted the SCABBIES DISEASE.

2) That because of the deliberate actions by the Lake County Administration I contracted the SCABBIES DISEASE.

3) That as a result of the SCABBIES DISEASE my body is left with scaring, form.D

4) As a result of the SCABBIES DISEASE I was subjected to pain and suffering.

5) That as a result of the SCABBIES DISEASE I'm subjected to mental and emotional distress.

# Facts

6. That "my claim" falls under the 8th Ammendment of the U.S. Constitution of America - United States of America for deliberate indifference for failure to prevent the Scabbies disease during the intake process by not providing medicine and or showers to eliminate the spreading or breeding of the disease in any way shape or form.

7. That my claim falls under the 8th Ammendment of the U.S. constitution of America for cruel and unusual punishment. The punishment was cruel and unusual because I was subjected to bites by the Scabbies disease all over my body; I suffered pain as a result of the bites simutamously for at least 4 (four) to 6 (six) weeks; I had blood on my body in little dots with permenant scars; I couldn't sleep sometimes for three (3) to four (4) days from all the biting and scratching; the embarresment and riducule I endured from all of the detainees was embarresing & did some phschological damage and still is as as a result there of; that it took over a month (4-6 weeks) for medical to treat me.

# Facts

8. That the following is a list of Defendants:

(A.) Sheriff OSCAR MARTINEZ Jr who is the sheriff of Lake County and is responsible for the Day to Day Operations.

(B.) Sheriff (Former) John Buncich who was the Sheriff when this occured and was responsible for Day to Day operations as well. Both Sheriffs COULD have prevented the SCABBIS DISEAS in the Lake County Jail Intake Department by having them use medicine and shower to erradicate the disease but FAILED to!

(C.) Warden NEARLY who is also responsible for the Day to Day operations of the Jail on a Day to Day basis and whom currently is NOT preventing the Scabies Disease by not having detainees use medicine and shower in the intake department.

(D.) Deputy Assistant (Former) Gone who was also responsible for Day to Day operations at the time I contracted the SCABIES DISEASE in the Lake County Jail.

(E.) Sargeant LETO of the Grievance division whom Lied on the Grievance and said the Jail is using the showers and decontminating detainees when they are not.

# Facts

8. Correctional officer Mattingly who is in control of the clothing & property Department where the showers are supposed to be used for decontamination during the intake process however they DO NOT use them and havent used them in over 4 years.

9. That plantiff Mark Anthony DeLuna exausted his grievence per the (PLRA) and grievence was DENIED by SGT. LETO

10. That Defendent sought medical treatment and it took over a month to treat the scabbies disease even though I kept complaining every day to the Nurses Department. That at this time M.D. ~~Defendant~~ Plantiff will add medical Director as a Defendant when I find out what his or her name is Listed as Jane or John Doe

Respectfully Submitted
/C/ Mark Anthony DeLuna
Mark Anthony DeLuna
Lake County Jail
2293 N. Main St
Crown Point, IND
46307

# Arguement

That on and or about October-November 2017 I contracted the scabbies disease due to the delibertness of the Lak County jail. After I got out of the shower I started feeling this sharp razor like biting sensation on my right side of my body, (legs, arms, testicles). It then made me start scratching so bad that it brought tears to my eyes. Then within 30 minutes my left side started with the biting feeling in which i compare to little pirahnas teeth just knawing at my skin. I then consentrate on my right side because it feels like I have little termites knawing at my body like it was eating at a huge redwood tree. So my instincts were to keep scratching perfusively until it calmed down for about 20 mins. I layed down in Agony. This proceeded throushout the night and for the next 30 days. I kept complaining to the nurses and they kept ignoring my issue and blowing me off! I then noticed it wasn't just me as I observed other detainees doing the same thing by itching and complaining. I had blood underneath my fingernails, white socks and linen. Other detainees, along with myself had to keep washing our socks, linens and white t-shirts. I was going through bars of soap in which i normally use or afford. I was made fun of and belittled by other detainees. I observed other detainees bans made fun of as well because they to contracted the scabies disease. As of today I have scar marks all over my body

## Relief

WHEREFOR plantiff prays this honarable court Allow him to proceed on his 1983 claim and sue defendants in their (m.D) theire individual capacity for damages in excess of $150,000.00 for pain and suffering And permanent damages. Plantiff also is requesting an order for injunctive releif ordering the LAKE COUNTY JAIL to decontaminate detainees during the intake process as state and federal law provides.

Respectfully submitted
/S/ Mark Anthony DeLuna
Mark Anthony DeLuna
2293 N. Main St
Crown Point, Ind
46307

Plantiff - Prose

That this claim was written under penalty for perjury per TITLE 18 US 1621 that the foregoing information is true and correct to the best of my knowledge.

/S/ Mark Anthony DeLuna
March 6 2018