UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| MARK ANTHONY DeLUNA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:18 CV 94 |
| v. | ) | |
| | ) | |
| OFFICER MATTINGLY and NURSE PRACTITIONER KATHY, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Mark Anthony DeLuna, a *pro se* prisoner, was granted until August 20, 2018, to resolve his filing fee status. (DE # 26.) He was cautioned if he did not respond by the deadline, this case would be dismissed without further notice. The deadline has passed and he has not responded.

For these reasons, this case is **DISMISSED without prejudice** for non-payment of the filing fee.

**SO ORDERED.**

Date: September 4, 2018

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT